**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01394-CV

### GARY KUZMIN, Appellant

### V.

### DAVID A. SCHILLER, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01580-2012**

## ORDER

We **GRANT** appellant's February 18, 2014 unopposed motion for an extension of time to

file a reply brief.  Appellant shall file his reply brief on or before February 28, 2014.


/s/      ADA BROWN
JUSTICE